**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAIZ,<br><br>        Petitioner,<br><br>        v.<br><br>MARTIN HOSHINO, Acting Secretary of the California Department of Corrections and Rehabilitation<br><br>        Respondent. | Case No. CV 12-5770-VAP (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 8 2013

                                        /s/ Virginia A. Phillips<br>
                                HONORABLE VIRGINIA A. PHILLIPS<br>
                                UNITED STATES DISTRICT JUDGE